the verified complaint of plaintiffs cannot prevail over the uncontradicted facts set forth in the affidavits presented by defendants in support of their motion for summary judgment. (*Fooden v. Board of Governors*, 48 Ill.2d 580, 587, 272 N.E.2d 497.) We find no material issue of fact presented by this record. We conclude that the trial court properly entered summary judgment in favor of defendants.

■■ The parties have argued the issue of whether a proper class action is presented by the pleadings. Under the views above expressed, the matter need not be considered. However, since we have held that plaintiffs have no individual cause of action, it would follow necessarily that any attempted class action must fail. See *De Phillips v. Mortgage Associates, Inc.*, 8 Ill.App.3d 759, 764, 291 N.E.2d 329.

It is, therefore, concluded that the trial court properly entered judgment dismissing the suit with prejudice and granting the motions of all three defendants for summary judgment in their favor.

Judgment affirmed.

BURKE, P. J., and EGAN, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Ellis M. Henderson, Defendant-Appellant.

(No. 56991; ▮▮▮▮▮▮▮▮▮▮)

First District (1st Division)—April 16, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.